ARGO CORPORATION et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted December 20, 2004; decided January 6, 2005

Motion by New York Insurance Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.

WASHINGTON DAVIS, Appellant, v CITY OF NEW YORK, Respondent.

Submitted November 29, 2004; decided January 6, 2005

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal to that Court from Supreme Court's order denying the motion for renewal and reargument, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.